UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS SHARIF MCNEAL,<br><br>Plaintiff<br><br>v.<br><br>AARON FORD, et al.,<br><br>Defendants | Case No. 3:25-cv-00495-MMD-CSD<br><br>ORDER |

**I.      DISCUSSION**

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), has filed a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum/Proposed Subpoena[1] to the Warden of Southern Desert Correctional Center. (ECF No. 7.) Plaintiff is seeking investigative, incident, and medical reports from February 4-28, 2024, regarding the safety and medical incidents that are the subject of his Complaint, including the names of correctional officers, medical staff and free staff, and video footage. (*Id.*) The Court grants Plaintiff's motion.

**II.     CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum to the Director of Medical of NDOC (ECF No. 7) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court issue the Subpoena (ECF No. 7).

**IT IS FURTHER ORDERED** That the Clerk of Court shall add the Nevada Department of Corrections to the docket as an Interested Party and electronically serve a copy of this order and a copy of Plaintiff's Subpoena Duces Tecum (ECF No. 7) on the

---

[1] In the screening order, the Court instructed Plaintiff that he could file a Rule 45 subpoena duces tecum to attempt to identify four John Does.  (ECF No. 5 at 7.) The Court construes Plaintiff's filing at ECF No. 7 as a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum and the Proposed Subpoena.

Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

**IT IS FURTHER ORDERED** that within 7 days of the date of entry of this order, the Attorney General's Office must file a notice advising the Court and Plaintiff whether it accepts service of the Subpoena Duces Tecum on behalf of the Warden of Southern Desert Correctional Center.

DATED THIS  1st day of July 2026.

_____
UNITED STATES MAGISTRATE JUDGE