UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARCUS SHARIF MCNEAL,

Plaintiff

v.

AARON FORD, et al.,

Defendants

Case No. 3:25-cv-00495-MMD-CSD

ORDER

Plaintiff, who is incarcerated in the custody of the Nevada Department of Corrections ("NDOC"), filed a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum/Proposed Subpoena[1] to the Warden of Southern Desert Correctional Center. (ECF No. 7.) The Court granted the Motion, and the subpoena issued. (ECF Nos. 8, 9.)

It is ordered that Defendants must produce the investigative and incident reports specified in the subpoena on or before **October 5, 2026**.

It is further ordered that Plaintiff's deadline to file a motion to substitute the true name of Doe Defendants(s) **is extended to November 9, 2026**.

DATED THIS 2nd day of September 2026.

UNITED STATES MAGISTRATE JUDGE

[1] In the screening order, the Court instructed Plaintiff that he could file a Rule 45 subpoena duces tecum to attempt to identify four John Does. (ECF No. 5 at 7.) The Court construed Plaintiff's filing at ECF No. 7 as a Motion for the Court to Issue a Rule 45 Subpoena Duces Tecum and the Proposed Subpoena.